No. 95–7572. TATE v. JAMES, GOVERNOR OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–7576. GREGORY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–7590. HOWELL v. KOCH ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–7591. DeLEON v. SAN ANTONIO INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–7593. GILBERT v. SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–7594. McCARTHY v. KANSAS CITY, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 95–7595. MORRIS v. SCHOOL BOARD OF THE CITY OF NORFOLK, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–7596. LUCIEN v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–7597. MURRAY, AKA HINES v. ROACH, WARDEN, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–7600. KOWALSKI v. OREGON STATE BAR ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7601. McBRIDE v. THOMPSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–7610. PORTER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 95–7612. VARGAS v. GARNER, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 95–7618. JONES v. HOLVEY ET AL. C. A. 3d Cir. Certiorari denied.